

## NUMBER 13-15-00057-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI—EDINBURG

HAYDEN REAVES AND BILLY ROCHIER,                          Appellants,

v.

CITY OF CORPUS CHRISTI,                                       Appellee.

### On appeal from the County Court at Law No. 2
### of Nueces County, Texas.

## ORDER OF ABATEMENT

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

Appellants Hayden Reaves and Billy Rochier and appellee City of Corpus Christi have filed a motion to abate this appeal on grounds that the judgment at issue is interlocutory and they wish to request permission to appeal from the trial court. *See* TEX. R. APP. P. 28.3.

We GRANT the parties' motion to abate and we ABATE this appeal for the parties to proceed as stated in the trial court. We direct appellants to file either the petition for permissive appeal, a motion to dismiss the appeal, or another appropriate pleading with this Court within thirty days of the date of this order. The appeal will be reinstated upon further order of this Court.

We GRANT appellee's unopposed motion for extension of time to file brief to the extent that the time for filing appellee's brief is now suspended. If the trial court and this Court each grant permission to appeal, the due date for appellee's brief will be governed by Texas Rule of Appellate Procedure 28.3(k). *See id.* R. 28.3(k).

It is so ORDERED.

PER CURIAM

Delivered and filed the 1st
day of September, 2015.

2